UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

EVENT PARTNERS, INC.,

    Plaintiff,

v.

JACKSON DAWSON
COMMUNICATIONS, INC., et al,

    Defendants.
_____/

Case No. 25-11313

HON. MARK A. GOLDSMITH

## ORDER REGARDING MOTION TO COMPEL DISCOVERY FOR FAILING TO RESPOND

Plaintiff has filed a motion to compel discovery (Dkt. 19), contending that Defendant Stephen Beck has failed to respond to discovery. To facilitate expeditious resolution of the motion, pursuant to Federal Rule of Civil Procedure 1 and its inherent authority, the Court modifies customary motion practice in the manner set forth below:

1. The parties shall confer in a good faith effort to resolve the issues raised by the motion. If that effort does not resolve the motion, non-moving party shall serve and file a response to the present motion to compel discovery by **December 9, 2025.**

2. A Zoom hearing on the motion is scheduled for **December 10, 2025 at 1:00 p.m.**.

3. If non-moving party fails to serve and file a timely response, the Court will construe such failure as the non-moving party's tacit acknowledgement that there is no opposition to the motion. The hearing will be cancelled without further notice, and the Court will decide the motion based on the papers filed by the moving party.

4. The Court will enforce F.R.Civ.P. 37(a)(5), which makes the award of costs, including attorney fees, mandatory in certain circumstances.

SO ORDERED.

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Dated: November 25, 2025  
Detroit, Michigan