UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**EVENT PARTNERS, INC.**, a Florida corporation,

*Plaintiff*,

v.

**STEPHEN D. BECK**, an individual, and **JACKSON DAWSON COMMUNICATIONS, INC.**, a Michigan corporation,

*Defendants.*

Case No. 2:25-cv-11313

Hon. Mark A. Goldsmith
Mag. Anthony P. Patti

R.J. Cronkhite (P78374)
Christopher A. Chesney (P80969)
Cronkhite Counsel PLLC
36800 Woodward Ave., Ste. 310
Bloomfield Hills, MI 48304
T: (248) 309-8602
F: (248) 256-2555
rj@cronkhitelaw.com
chris@cronkhitelaw.com
*Attorneys for Plaintiff*

Ryan J. Koss (P79893)
Joanna H. Dreaver (P82154)
Starr, Butler & Stoner, PLLC
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
T: (248) 554-2700
rkoss@starrbutler.com
jdreaver@starrbutler.com
*Attorneys for Defendants*

**STIPULATED ORDER GRANTING EVENT PARTNER'S MOTION TO ENFORCE COMPLIANCE WITH ESI ORDER (ECF NO. 19)**

Plaintiff Event Partners, Inc. ("**Event Partners**") filed its Motion to Enforce Defendants Stephen D. Beck and Jackson Dawson Communications, Inc.'s (collectively "**Defendants**") Compliance with Stipulated Order Regarding Protocol for Discovery of ESI on November 14, 2025. ECF No. 19.

On November 25, 2025, this Court issued an Order setting a scheduling hearing. ECF No. 20. In obeyance of this Order, the Parties met and conferred and, during that meet-and-confer, Defendants stipulated to the relief sought in Event Partners' Motion, set forth in ECF No. 19, PageID.204–205 and below.

Based on the Motion and the Parties' stipulation, and the Court being otherwise advised in the Motion's premises, the Court **HEREBY ORDERS** the following relief:

A. Defendants shall conduct an ESI search on Defendant Beck's personal Mac laptop in compliance with the ESI Order;

B. Defendants shall supplement their ESI Disclosures to identify Beck's captinmrgn@comcast.net email account and all the serial number, model number, and years of Beck's iPhones;

C. Defendants shall supplement their ESI Disclosures such that all of Beck's personal and work electronic devices and data sources used in Beck's final year of employment with Event Partners (April 2023–April 2024) are disclosed and sufficiently identified (the "**Additional Data Sources**"); and

D. Defendants shall conduct an ESI search of the Additional Data Sources for relevant documents in compliance with the ESI Order.

**SO ORDERED.**

Dated: January 8, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

Stipulated as to form and substance:

/s/ R.J. Cronkhite
R.J. Cronkhite (P78374)
Christopher A. Chesney (P80969)
*Attorneys for Plaintiff*

/s/ Joanna H. Dreaver (w/consent)
Ryan J. Koss (P79893)
Joanna H. Dreaver (P82154)
*Attorneys for Defendants*