UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

EVENT PARTNERS, INC.,

Plaintiff,

v.

Case No. 25-cv-11313
HON. MARK A. GOLDSMITH

JACKSON DAWSON
COMMUNICATIONS, INC., et al.,

Defendants.
_____________________________________/

**ORDER REGARDING MOTION TO COMPEL COMPLIANCE WITH ESI ORDER, COMPLIANCE WITH ORDER GRANTING EVENT PARTNERS' MOTION TO ENFORCE COMPLIANCE WITH ESI ORDER, AND DEPOSITIONS (Dkt. 30)**

Plaintiff has filed a motion to compel discovery (Dkt. 30), contending that Defendants have failed to respond to discovery in multiple ways. To facilitate expeditious resolution of the motion, pursuant to Federal Rule of Civil Procedure 1 and its inherent authority, the Court modifies customary motion practice in the manner set forth below:

1. The parties shall confer in a good faith effort to resolve the issues raised by the motion. If that effort does not resolve the motion, non-moving party shall serve and file a response to the present motion to compel discovery by **April 1, 2026.**

2. A in-person hearing on the motion is scheduled for **April 20, 2026 at 9:00 a.m.**

3. If non-moving party fails to serve and file a timely response, the Court will construe such failure as the non-moving party's tacit acknowledgement that there is no opposition to the motion. The hearing will be cancelled without further notice, and the Court will decide the motion based on the papers filed by the moving party.

4. The Court will enforce F.R.Civ.P. 37(a)(5), which makes the award of costs, including attorney fees, mandatory in certain circumstances.

**SO ORDERED.**

Dated: March 25, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 25, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager