UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVENT PARTNERS, INC.,

      Plaintiff,

v.
                                                Case No. 25-cv-11313
                                                HON. MARK A. GOLDSMITH

JACKSON DAWSON
COMMUNICATIONS, INC., et al.,

      Defendants.

_____/

### ORDER REGARDING PROPOSED SPECIAL MASTER

At the conclusion of the April 20, 2026 zoom hearing on Plaintiff's motion to compel, the Court directed the parties to confer regarding pending discovery disputes, which now remain unresolved following such efforts. The Court proposes to appoint a special master under Federal Rule of Civil Procedure 53 to address discovery disputes and other pretrial matters. The proposed special master is Nathan Fink, an experienced litigator. Any party objecting to the proposed appointment must file an objection on or before May 15, 2026, at 12:00 p.m.

**SO ORDERED.**

Dated: May 14, 2026                              s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                           United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 14, 2026.

                                          s/Joseph Heacox
                                          JOSEPH HEACOX
                                          Case Manager