# EXHIBIT A

| | |
|---|---|
| **From:** | Chris Chesney |
| **Sent:** | Wednesday, May 20, 2026 2:49 PM |
| **To:** | 'Joanna Dreaver' |
| **Cc:** | R.J. Cronkhite; Ryan Koss |
| **Subject:** | RE: EP v. JD and Beck |

Sorry, Joanna. I respectfully disagree. We can file the Motion on behalf of Plaintiff, only.

**CHRIS CHESNEY**
Trial Attorney
**O:** (248) 309-8601
**D:** (248) 309-8603
**F:** (248) 256-2555
**E:** chris@cronkhitelaw.com

 **CRONKHITE COUNSEL**

36800 Woodward Ave., Ste. 310
Bloomfield Hills, MI 48304
www.cronkhitelaw.com

**From:** Joanna Dreaver <JDreaver@starrbutler.com>
**Sent:** Tuesday, May 19, 2026 3:16 PM
**To:** Chris Chesney <chris@cronkhitelaw.com>
**Cc:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>
**Subject:** RE: EP v. JD and Beck

External (jdreaver@starrbutler.com)

Graymail Spam Phish More... FAQ Protection by INKY

Chris:

I don't follow your reasoning. What makes sense to me is to keep the discovery schedule that we previously discussed, request the supplemental adjournments only for those dates for which it is necessary due to my anticipated leave, and to the extent additional adjournments become necessary, deal with those at the time.

**Joanna Dreaver**
Starr Butler, PLLC
20700 Civic Center Drive, Suite 290
Southfield, Michigan  48076
☎ Tel:  (248) 595-0307 [Direct Dial]
☎ Tel:  (313) 289-9091 [Cell]
☎ Tel:  (248) 554-2700 [Main]
☎ Fax: (248) 353-6440
🖶 E-mail: JDreaver@StarrButler.com

⟨⟩ Website: www.starrbutler.com



**From:** Chris Chesney <chris@cronkhitelaw.com>
**Sent:** Tuesday, May 19, 2026 3:01 PM
**To:** Joanna Dreaver <JDreaver@starrbutler.com>
**Cc:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>
**Subject:** RE: EP v. JD and Beck

Well, wouldn't expert discovery would still be open during that time as well? I was just referring to keeping the dates consistent using the proposed Trial date and back-dating. It may also assist anyone covering during your time off to help with scheduling purposes. I would like to keep the dates in sync, so fact discovery through December 11, 2026 would be appropriate.

Fair?

**CHRIS CHESNEY**
Trial Attorney
**O:** (248) 309-8601
**D:** (248) 309-8603
**F:** (248) 256-2555
**E:** chris@cronkhitelaw.com

**Ⓒ CRONKHITE COUNSEL**

36800 Woodward Ave., Ste. 310
Bloomfield Hills, MI 48304
www.cronkhitelaw.com

**From:** Joanna Dreaver <JDreaver@starrbutler.com>
**Sent:** Tuesday, May 19, 2026 2:37 PM
**To:** Chris Chesney <chris@cronkhitelaw.com>
**Cc:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>
**Subject:** RE: EP v. JD and Beck

Chris:

I am not sure I follow your reasoning about keeping things in sync with the discovery extension to December 11 instead of October 7. I will not be available to conduct fact discovery in November or December so prefer to keep the adjournment that we previously discussed, October 7. Other than that, all looks good and you have my concurrence. Many thanks.

All my best,
Joanna

**Joanna Dreaver**
Starr Butler, PLLC
20700 Civic Center Drive, Suite 290
Southfield, Michigan  48076
☎ Tel:  (248) 595-0307 [Direct Dial]
☎ Tel:  (313) 289-9091 [Cell]
☎ Tel:  (248) 554-2700 [Main]
☎ Fax: (248) 353-6440
🖶 E-mail: JDreaver@StarrButler.com
⟨⟩ Website: www.starrbutler.com



**From:** Chris Chesney <chris@cronkhitelaw.com>
**Sent:** Tuesday, May 19, 2026 1:07 PM
**To:** Joanna Dreaver <JDreaver@starrbutler.com>
**Cc:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>
**Subject:** RE: EP v. JD and Beck

Hi Joanna, just following up on this per your request and the updated Motion.

**CHRIS CHESNEY**
Trial Attorney
**O:** (248) 309-8601
**D:** (248) 309-8603
**F:** (248) 256-2555
**E:** chris@cronkhitelaw.com

## ℂℂ CRONKHITE COUNSEL

36800 Woodward Ave., Ste. 310
Bloomfield Hills, MI 48304
www.cronkhitelaw.com

**From:** Chris Chesney
**Sent:** Tuesday, May 19, 2026 9:19 AM
**To:** 'Joanna Dreaver' <JDreaver@starrbutler.com>
**Cc:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>
**Subject:** RE: EP v. JD and Beck

Joanna,

Congratulations!

We're fine with moving dates to help out, but since you're going to be out of pocket, let's just move the fact discovery to December 11 to keep everything in sync.

I also adjusted the JFPTO deadline, since it looks like you didn't update it:

| Event | Current Date | New Date |
|---|---|---|
| Expert Witness: List/Disclosures/Report – Plaintiff | May 26, 2026 | September 23, 2026 |
| Expert Witness: List/Disclosures/Report – Defendant | June 23, 2026 | October 21, 2026 |
| Fact Discovery | June 9, 2026 | December 11, 2026 |
| Expert Discovery | July 21, 2026 | January 18, 2027 |
| Dispositive Motions Filed by | August 11, 2026 | February 10, 2027 |
| All Other Motions Filed By | November 30, 2026 | May 28, 2027 |
| Joint Final Pretrial Order | December 29, 2026 | June 25, 2027 |
| Final Pretrial Conference | January 19, 2027 | July 21, 2027 |
| Trial – Jury | February 9, 2027 | August 2027 |

Can we get your concurrence on the attached updated Joint Motion with those dates?

**CHRIS CHESNEY**
Trial Attorney
**O:** (248) 309-8601
**D:** (248) 309-8603
**F:** (248) 256-2555
**E:** chris@cronkhitelaw.com

## ⓒ CRONKHITE COUNSEL

36800 Woodward Ave., Ste. 310
Bloomfield Hills, MI 48304
www.cronkhitelaw.com

---

**From:** Joanna Dreaver <JDreaver@starrbutler.com>
**Sent:** Tuesday, May 19, 2026 4:12 AM
**To:** Chris Chesney <chris@cronkhitelaw.com>
**Cc:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>
**Subject:** RE: EP v. JD and Beck

Chris:

I'd like to propose pushing out the expert discovery deadline and subsequent dates by two months with respect to what you have proposed. I am expecting a baby in October of this year so will be out of pocket during that window, would appreciate that adjustment to our scheduling. The dates I suggest are below. Would these work on your end?

4

| Expert Discovery | January 18, 2027 |
|---|---|
| Dispositive Motions Filed by | February 10, 2027 |
| All Other Motions Filed By | May 28, 2027 |
| Joint Final Pretrial Order | April 28, 2027 |
| Final Pretrial Conference | July 21, 2027 |
| Trial – Jury | August 2027 |

Thank you,
Joanna

**Joanna H. Dreaver**
Starr Butler PLLC
20700 Civic Center Drive, Suite 290
Southfield, Michigan  48076
☎ Tel:  (248) 595-0307 [Direct Dial]
☎ Tel:  (313) 289-9091 [Cell]
☎ Tel:  (248) 554-2700 [Main]
☎ Fax: (248) 353-6440
🖶 E-mail: JDreaver@StarrButler.com
⟨⟩ Website: www.starrbutler.com



---

**From:** Chris Chesney <chris@cronkhitelaw.com>
**Sent:** Friday, May 15, 2026 3:32 PM
**To:** Joanna Dreaver <JDreaver@starrbutler.com>
**Cc:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>
**Subject:** RE: EP v. JD and Beck

Joanna,

I've attached a proposed Second Joint Motion to Adjourn (in similar format and arguments from the First Joint Motion).

Please advise if you have revisions or additions, or would sign concurrence for this Motion.

**CHRIS CHESNEY**
Trial Attorney
**O:** (248) 309-8601
**D:** (248) 309-8603
**F:** (248) 256-2555
**E:** chris@cronkhitelaw.com

⟨C⟩ CRONKHITE COUNSEL

36800 Woodward Ave., Ste. 310

5

Bloomfield Hills, MI 48304
www.cronkhitelaw.com

---

**From:** Chris Chesney
**Sent:** Friday, May 15, 2026 1:19 PM
**To:** 'Joanna Dreaver' <JDreaver@starrbutler.com>
**Cc:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>
**Subject:** RE: EP v. JD and Beck

Joanna,

I'm working on a Stipulated Order to Adjourn now. How are these adjourned dates (using our past calculations and calendar work):

| Event | Current Date | New Date |
|---|---|---|
| Expert Witness: List/Disclosures/Report – Plaintiff | May 26, 2026 | September 23, 2026 |
| Expert Witness: List/Disclosures/Report – Defendant | June 23, 2026 | October 21, 2026 |
| Fact Discovery | June 9, 2026 | October 7, 2026 |
| Expert Discovery | July 21, 2026 | November 18, 2026 |
| Dispositive Motions Filed by | August 11, 2026 | December 9, 2026 |
| All Other Motions Filed By | November 30, 2026 | March 30, 2027 |
| Joint Final Pretrial Order | December 29, 2026 | April 28, 2027 |
| Final Pretrial Conference | January 19, 2027 | May 19, 2027 |
| Trial – Jury | February 9, 2027 | June 2027 |

Thanks.

**CHRIS CHESNEY**
Trial Attorney
**O:** (248) 309-8601
**D:** (248) 309-8603
**F:** (248) 256-2555
**E:** chris@cronkhitelaw.com

**�roni CRONKHITE COUNSEL**

36800 Woodward Ave., Ste. 310
Bloomfield Hills, MI 48304
www.cronkhitelaw.com

---

**From:** Joanna Dreaver <JDreaver@starrbutler.com>
**Sent:** Tuesday, May 12, 2026 3:26 PM
**To:** R.J. Cronkhite <rj@cronkhitelaw.com>; Ryan Koss <rkoss@starrbutler.com>

**Cc:** Chris Chesney <chris@cronkhitelaw.com>
**Subject:** RE: EP v. JD and Beck


R.J:

Defendants have not refused or failed to provide any ESI; rather, Plaintiff has served unreasonably voluminous search terms outside of the discovery process, which we've worked with you on reducing to something less burdensome, in good faith, and believe we are continuing to work in a positive direction. This issue has been extensively briefed, and surely you are aware of the unreasonableness of your starting position given your subsequent agreement to reduce it by at least 85%. That said, we will not oppose a motion to adjourn the scheduling order given the procedural posture of this matter.


Thank you,
Joanna


**Joanna Dreaver**
Starr Butler, PLLC
20700 Civic Center Drive, Suite 290
Southfield, Michigan  48076
☎ Tel:  (248) 595-0307 [Direct Dial]
☎ Tel:  (313) 289-9091 [Cell]
☎ Tel:  (248) 554-2700 [Main]
☎ Fax: (248) 353-6440
▭ E-mail: JDreaver@StarrButler.com
❨❩ Website: www.starrbutler.com





**From:** R.J. Cronkhite <rj@cronkhitelaw.com>
**Sent:** Monday, May 11, 2026 5:32 PM
**To:** Joanna Dreaver <JDreaver@starrbutler.com>; Ryan Koss <rkoss@starrbutler.com>
**Cc:** Chris Chesney <chris@cronkhitelaw.com>
**Subject:** EP v. JD and Beck

Hello, Joanna.

Given Defendants' failure and refusal to provide ESI, and the anticipated delay in a ruling from the discovery matter on the motions, we will need to extend the scheduling order.

Do you oppose a scheduling order extension?

**R.J. CRONKHITE**
Principal
**O:** (248) 309-8601

**D:** (248) 309-8602
**F:** (248) 256-2555
**E:** rj@cronkhitelaw.com

## CRONKHITE COUNSEL

36800 Woodward Ave., Ste. 310
Bloomfield Hills, MI 48304
www.cronkhitelaw.com